FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 18 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LYDIA OLSON; MIGUEL PEREZ; POSTMATES, INC., (Successor Postmates LLC); UBER TECHNOLOGIES, INC., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> STATE OF CALIFORNIA; ROB BONTA, in his capacity as Attorney General of the State of California, <br><br> Defendants-Appellees. | No. 21-55757 <br><br> D.C. No. 2:19-cv-10956-DMG-RAO Central District of California, Los Angeles <br><br> **ORDER** |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.